# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Ashley Nicole Jones                      Docket No. 7:09-CR-104-1

### Petition for Action on Supervised Release

COMES NOW John A. Cooper, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ashley Nicole Jones, who, upon an earlier plea of guilty to 18 U.S.C.§§922(g) and 924(e)(1), Possession of a Firearm by a Felon, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on December 15, 2010, to the custody of the Bureau of Prisons for a term of 108 months. On January 11, 2012, pursuant to 28 U.S.C. §2255, the court reduced the term of imprisonment to 30 months, which was equal to the amount of time Jones had already served. As such, the court ordered her immediate release. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall participate in a vocational training program as directed by the probation office.

5. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Ashley Nicole Jones was released from custody on January 11, 2012, at which time the term of supervised release commenced.

Ashley Nicole Jones
Docket No. 7:09-CR-104-1
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 27, 2012, Jones submitted to urine testing, and the result was positive for cocaine. She admitted using cocaine and attributed her use to stress related issues with her family. She and her two children reside with her mother, who has cared for Jones' children while she was incarcerated. Ms. Jones is hoping to change her life and obtain her own residence and custody of her children. She is currently in drug and mental health counseling and seeking employment. She is also in the process of enrolling in school. As such, we are recommending supervision be continued but modified to require Jones to serve 30 days on home detention with electronic monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley<br>Kevin L. Connolley<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401<br>Phone: 910-815-4857<br>Executed On: April 12, 2012 |

Ashley Nicole Jones
Docket No. 7:09-CR-104-1
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this 13th day of April, 2012, and ordered filed and made a part of the records in the above case.

/s/ Malcolm J. Howard
Malcolm J. Howard
Senior U.S. District Judge