# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

U.S.A. vs. Ashley Nicole Jones                              Docket No. 7:09-CR-104-1H

## Petition for Action on Supervised Release

COMES NOW John A. Cooper, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ashley Nicole Jones, who, upon an earlier plea of guilty to 18 U.S.C. §§ 922(g)(1) and 924(e)(1), Possession of a Firearm by a Felon, was sentenced to the custody of the Bureau of Prisons for a term of 108 months. On January 11, 2012, Jones appeared before the court pursuant to 18 U.S.C. §2255, wherein the original charge was amended to 18 U.S.C. § 922(j), Possession of a Stolen Firearm, and was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge to a term 30 months, followed by 3 years supervised release. On January 11, 2012, Jones was released from custody to the term of supervision, and on August 16, 2012, she appeared before the court on a motion for revocation. The court revoked the term of supervised release and imposed a 9 months term of imprisonment. It was further ordered the defendant be placed on supervised release for 27 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall participate in a vocational training program as directed by the probation office.

5. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Ashley Nicole Jones was released from custody on March 26, 2013, at which time the term of supervised release commenced.

Ashley Nicole Jones
Docket No. 7:09-CR-104-1H
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since her release, Ms. Jones continues to struggle with substance abuse and mental health issues. She recently admitted herself to inpatient treatment at Walter B. Jones Alcohol Rehabilitation Center in Greenville, NC, and was discharged successfully. However, since her return to Whiteville, NC, to reside with her mother, their relationship has been strained, and Jones seems to be unable to deal with the stress of living with her mother and raising her two sons. Consequently, on July 23, 2013, she submitted to urine testing and the result was positive for cocaine. She admitted using cocaine on July 19, 2013. As such, she is seeking re-admission to Walter B. Jones for inpatient treatment and upon release, she wants to reside at a Residential Re-Entry Center for at least 90 days to try and obtain employment and a more stable residence. Our office concurs with this plan of action and recommends the court continue supervision but modify the conditions requiring her to be placed in a Residential Re-Entry Center for a period of 90 days. This placement shall commence upon her discharge from inpatient treatment or at the direction of the Bureau of Prisons or the U. S. Probation Office.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of 90 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ John A. Cooper |
| Robert L. Thornton | John A. Cooper |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 2 Princess Street, Suite 308 |
| | Wilmington, NC 28401-3958 |
| | Phone: 910-815-4857 |
| | Executed On: July 25, 2013 |

Ashley Nicole Jones
Docket No. 7:09-CR-104-1H
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this 25th day of July, 2013, and ordered filed and made a part of the records in the above case.

/s/ Malcolm J. Howard
Malcolm J. Howard
Senior U.S. District Judge